UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2022
```

MSC MEDITERRANEAN SHIPPING
COMPANY S.A,

               Plaintiff,

-against-

BALTIC AUTO SHIPPING, INC. et al.

               Defendants.

21-cv-7660 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the Initial Conference that was previously scheduled to take place on February 25, 2022 is ADJOURNED to April 4, 2022 at 10:30 a.m.  All parties must jointly submit a status letter and Proposed Case Management Plan one week before the conference.  **Mr. Aldukali is admonished to communicate and work cooperatively with counsel for Plaintiff MSC Mediterranean Shipping Company S.A. and Defendant Trips Logistics Corp.  Mr. Aldukali is on notice that failure to comply may result in sanctions, including monetary sanctions and preclusion of defenses.**

    IT IS FURTHER ORDERED that, if Defendant Baltic Auto Shipping, Inc. still has not answered or otherwise appeared in this action, Plaintiff shall move for a default judgment against it by March 21, 2022.  Plaintiff is on notice that failure to move for a default judgment by that date may result in dismissal of the claims against Baltic Auto Shipping for failure to prosecute.

**SO ORDERED.**

Date: **February 24, 2022**
       **New York, NY**

                              **MARY KAY VYSKOCIL**
                              **United States District Judge**