UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

MSC MEDITERRANEAN SHIPPING
COMPANY S.A,

        Plaintiff,

-against-

BALTIC AUTO SHIPPING, INC. et al.

        Defendants.

21-cv-7660 (MKV)

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

    IT IS HEREBY ORDERED that the parties shall complete all discovery by October 4, 2022. The parties shall appear for a Post Discovery Conference on October 13, 2022 at 10:30 a.m. The conference will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007. One week before the conference, the parties shall file a joint status letter and any pre-motion submissions in accordance with the Court's Individual Rules.

**SO ORDERED.**

**Date:  July 18, 2022**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**