```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
 MSC MEDITERRANEAN SHIPPING
 COMPANY S.A,

                                        Plaintiff,

                     -against-


 BALTIC AUTO SHIPPING, INC. et al.

                                        Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

**21-CV-7660 (MKV)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        In light of the Stay issued on September 27, 2022 (doc. no 120) the Settlement

Conference currently scheduled for **October 12, 2022** is hereby adjourned *sine die*.  The parties

shall file a joint status letter by **October 15, 2022** stating which month a rescheduled settlement

conference would be most productive.

        SO ORDERED.

Dated: September 30, 2022
        New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge