

NEW YORK
VIENNA
LONDON
CHICAGO
HOUSTON
SYDNEY

**BY ECF:**

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**Eva-Maria Mayer**
Associate | Attorney at Law
eva.mayer@zeilerfloydzad.com
mobile:  +1 617 943 7957

**Joe Johnson**
Partner | Attorney at Law
joe.johnson@zeilerfloydzad.com
mobile:  +1 917 375 9511

October 17, 2022

**RE: MSC Mediterranean Shipping Company S.A. v. Baltic Auto Shipping, Inc. et al. [21-cv-7660]**

Dear Magistrate Judge Parker:

We write on behalf of Plaintiff MSC Mediterranean Shipping Company S.A. ("MSC") in accordance with Your Honor's Order dated September 30, 2022. (Dkt. 121). We have conferred with counsel for defendants in this matter and file this letter on a joint basis.

It is counsels' collective understanding that Judge Vyskocil's Order filed on September 27, 2022, staying the proceedings also applies to the scheduling of any settlement conferences until there is a ruling in the Libyan case. (Dkt. 120). It is counsel's further understanding that Judge Vyskocil's order instructed the parties to "contact [Your Honor] about rescheduling the settlement conference" but that the rescheduling is dependent on there being a ruling in the Libyan proceeding.

Counsel hereby seeks Your Honor's confirmation that until there is a ruling in the Libyan case – at least during the 60 days indicated in the Stay Order – any scheduling of settlement conferences are postponed. Should the Court disagree or want proposed months from the parties during which a settlement conference be most productive, counsel hereby seeks an extension in order to meet and confer to provide the Court with such months.

We thank the Court for its prompt consideration of the foregoing.

Respectfully submitted,

___/s/ Eva-Maria Mayer
Eva-Maria Mayer

**Zeiler Floyd Zadkovich (US) LLP**
215 Park Avenue South, 11th floor, New York, NY, 10003 USA

Zeiler Floyd Zadkovich (US) LLP is a limited liability partnership established in the State of New York, advising only on laws of the United States of America.  Zeiler Floyd Zadkovich (US) LLP is a member firm of Zeiler Floyd Zadkovich (a Swiss Verein). Each member of the Swiss Verein is separately insured and practices law independently of other member firms.
The Swiss Verein does not provide any legal services.

**ONE GLOBAL TEAM.**
FOCUSED ON WHAT YOU DO.

zeilerfloydzad.com



NEW YORK
VIENNA
LONDON
CHICAGO
HOUSTON
SYDNEY

**CC via ECF:**

Timothy D. Barrow – counsel for Trips Logistics Corp.
Jay R. McDaniel – counsel for Baltic Auto Shipping, Inc.
Brian Eisenhower – counsel for Mr. Fathi Aldukali
Patrick F. Lennon - International Auto Group, Inc.
Garry Pogil – Marine Transport Logistic, Inc. and Baltic Auto Shipping, Corp.

ONE GLOBAL TEAM.
FOCUSED ON WHAT YOU DO.

zeilerfloydzad.com