```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MSC MEDITERRANEAN SHIPPING
COMPANY S.A.,

                Plaintiff,

-v.-

BALTIC AUTO SHIPPING, INC., et al.,

                Defendants.

21 Civ. 7660 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

By February 13, 2023, all other parties who wish to state their position regarding Defendant Trips Logistics Corp.'s request to stay, ECF No. 131, shall do so by letter filed on ECF.

SO ORDERED.

Dated: February 8, 2023
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge