# GARRY POGIL
## ATTORNEY AT LAW

1120 Avenue of the Americas, 4th Floor, New York, NY 10036
Tel: 212-626-6825   Fax: 646-349-3468   Email: garry.pogil@gmail.com

To:  Hon. Jennifer H. Rearden

Re:  Response to Document #131 – Letter Motion for a Stay
     Case No. 1:21cv07660-JHR

February 13, 2023

Your Honor:

On behalf of my clients: Marine Transport Logistics, Inc., and Baltic Auto Shipping Corp., I join

in the application for a second stay filed by Mr. Barrow under Document #131.

Respectfully,

*Garry Pogil*
Garry Pogil, Esq