USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSC MEDITERRANEAN SHPPING COMPANY S.A., <br><br> Plaintiff, <br><br> -v.- <br><br> BALTIC AUTO SHIPPING, INC., et al., <br><br> Defendants. | 21 Civ. 7660 (JHR) <br><br> ORDER |

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a video conference, via Microsoft Teams, on February 21, 2023, at 11:30 AM, to discuss, among other things, whether the case should be stayed.  The parties will receive log-in credentials via email.  The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 481 805 61#.

SO ORDERED.

Dated: February 16, 2023
       New York, New York

                                            JENNIFER H. REARDEN
                                            United States District Judge