UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,

        Plaintiff,

-v.-

BALTIC AUTO SHIPPING, INC., et al.,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/2023

21 Civ. 7660 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

 IT IS HEREBY ORDERED that, by March 24, 2023, the parties shall file on ECF a joint status letter not to exceed five double-spaced pages. Among any other topics the parties wish to raise, the letter should provide:

1. A description of the parallel Libyan proceeding including any relevant exhibits, covering:

   a. The nature of the proceeding, the relief requested, its current status—including any decisions that have been rendered, and the court's basis for those decisions—and any efforts to bring it to conclusion;

   b. The role of Defendant Fathi Aldukali's brother, Faraj Aldukali, and whether Defendant Aldukali can recover a judgment in his brother's name;

   c. Each Defendant's position on the impact of a reversal of the Libyan judgment, including which claims in the instant case such a reversal would resolve;

2. The status of Baltic Auto Shipping, Inc.'s efforts to determine who had custody of Mr. Aldukali's goods when they were allegedly damaged in Lithuania; and

3. The status of discovery, including the sharing of Libyan-proceeding-related documents among all counsel, the 28,000 pages produced by MSC Mediterranean to Trips Logistics, and any outstanding requests for admission.

SO ORDERED.

Dated: March 15, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge