```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY S.A., | |
| Plaintiff, | 21 Civ. 7660 (JHR) |
| -v.- | ORDER |
| BALTIC AUTO SHIPPING, INC., et al., | |
| Defendants. | |

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a teleconference on August 7, 2023 at 12:15 p.m. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 295 867 268#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge