**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com  
Direct: 646-362-8919

Telephone: (212) 286-0225  
Facsimile: (212) 286-0261  
Web: www.caseybarnett.com

NEW JERSEY OFFICE  
Casey & Barnett, LLP  
PO Box 235  
Fanwood, NJ 07023

September 12, 2023

Via ECF

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 09/13/2023

**MEMO ENDORSED**

Hon. Jennifer H. Rearden  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: ***MSC Mediterranean Shipping Co. v. Baltic Auto Shipping, Inc. et al.***
21-cv-7660 (JHR)  
Our Ref: 739-01

Dear Honorable Judge Rearden:

We represent defendant Baltic Auto Shipping Inc. and, in conjunction with co-defendants Trips Logistics Corp., Marine Transport Logistics, Inc., Baltic Auto Shipping Corp. and International Auto Group (hereinafter "Transport Defendants"), write in response to the status report submitted by Plaintiff yesterday [Dkt # 163]. Given the lack of progress in the Libyan Proceeding, we wish to revisit the discussion had with the Court in August in respect to the scheduled Settlement Conference, currently set for October 3, 2023. At this stage of the proceeding, without MSC having a rightful claim of indemnity and without some discovery being conducted, the Transport Defendants are not prepared to offer any money toward settlement and thus believe a Settlement Conference would be fruitless. We therefore request that the Court authorize the adjournment of the Conference to a later date.

Respectfully submitted,  
**CASEY & BARNETT, LLC**  
**Attorneys for Defendant Baltic**  
**Auto Shipping, Inc.**

*Martin Casey*

Martin F. Casey

cc: All Counsel  *via email and ECF*

**APPLICATION GRANTED:**  The Settlement Conference in this matter scheduled for Tuesday, October 3, 2023 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Wednesday, December 6, 2023 at 2:00 p.m.</u>  Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>November 29, 2023 by 5:00 p.m.</u>

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

09/13/2023