**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007

mfc@caseybarnett.com
Direct: 646-362-8919

Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
PO Box 235
Fanwood, NJ 07023

November 13, 2023

*Via ECF*

Hon. Katharine Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> **APPLICATION GRANTED:** The Settlement Conference currently scheduled for <u>December 6, 2023</u> is hereby adjourned sine die. Counsel is directed to file a status letter with the Court by <u>February 26, 2024</u>.
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/14/2023

Re: *MSC Mediterranean Shipping Co. v. Baltic Auto Shipping, Inc. et al.*
21-cv-7660 (JHR)
Our Ref: 739-01

Dear Honorable Judge Parker:

We represent defendant Baltic Auto Shipping Inc. and, in conjunction with co-defendants Trips Logistics Corp., Marine Transport Logistics, Inc., Baltic Auto Shipping Corp. and International Auto Group (hereinafter "Transport Defendants"), write in response to the status report submitted by Plaintiff on Friday, November 10, 2023 [Dkt # 170]. <u>Given the lack of progress in the Libyan Proceeding, we request that the Settlement Conference, now scheduled for December 6, 2023 [Dkt # 165] be adjourned *sine die*.</u> As the parties stated in their September 12, 2023 letter [Dkt # 164], at this stage of the proceeding, without MSC having a rightful claim of indemnity and without certain discovery being conducted, the Transport Defendants are not prepared to offer any money toward settlement and thus believe a Settlement Conference would be fruitless.

Respectfully submitted,
**CASEY & BARNETT, LLC**
**Attorneys for Defendant Baltic Auto Shipping, Inc.**

*Martin Casey*
Martin F. Casey

cc: All Counsel   *via email and ECF*