UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MSC MEDITERRANEAN SHIPPING
COMPANY S.A,

                               Plaintiff,                 **ORDER**

      -against-                                   **21-CV-7660 (JHR)(KHP)**

BALTIC AUTO SHIPPING, INC. et al.

                               Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The parties in the above-captioned case appeared before the undersigned for a case management conference on May 14, 2025. The Court ordered, on the record, that all records relating to the Libyan court case responsive to previously made document requests shall be produced or reproduced by the parties in possession of such records, translated to English as necessary and with concrete explanations of the tranches of documents, by **June 4, 2025.** The deposition of Mr. Aldukali shall take place on or before **July 3, 2025.** The deposition of Baltic Auto Shipping, Inc.'s witness from Lithuania shall take place by **July 16, 2025**. The deposition of Plaintiff MSC Mediterranean Shipping Company's and Trips Logistics' corporate representatives shall be taken by **July 30, 2025**. Fact discovery will close on **December 15, 2025.** Depositions will be limited to three (3) per party. No further amendments to pleadings or joinder of parties absent a showing of good cause. Summary judgment motions due 30 days after the close of discovery. Briefing schedule shall follow the local rules. Unless the District Judge's rules provide otherwise, pre-trial submissions due 30 days after a ruling on a motion for

summary judgment or 45 days after the close of discovery if no motion for summary judgment is filed.

Regarding documents or other disclosures which were requested or noticed before or during the stay entered in this case and to which the party addressed by the request or notice has not yet responded, the Plaintiff asked that the time to respond to those requests begin on the date of the conference (i.e., May 14, 2025). The Court granted Plaintiff's request on the record.

Further, for any discovery issues discussed at the May 14, 2025 conference not resolved through meet and confer, by **May 28, 2025**, the parties shall file a letter describing the issues to be briefed for the Court's resolution and proposed proposed briefing schedule.

The parties shall file a status letter update by **June 27, 2025**. That letter shall indicate whether the leave requested to file a motion to dismiss at ECF No. 158 is still being pursued.

**SO ORDERED.**

Dated: May 14, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge