

# HILL RIVKINS LLP

45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2025
```

September 18, 2025

**By ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** The Case Management Conference set for 10/16/2025 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, October 30, 2025 at 3:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

09/18/2025

Re:   Request for Adjournment of Case Management Conference
       *MSC Mediterranean Shipping Company S.A. v.*
       *Baltic Auto Shipping, Inc. et al.*
       Docket No.: 21-cv-7660 (JHR)(KHP)

Dear Judge Parker:

We represent Fathi Aldukali, a defendant in the above-referenced action, and write with the consent of counsel for all parties to respectfully make this first request to adjourn the in-person case management conference at 3:00 p.m. on October 16, 2025 (doc. no. 219) as the undersigned serves as chair of a committee of the Maritime Law Association of the United States and is scheduled to attend its in-person fall meeting in Washington, D.C. that week, including an October 16 meeting of the committee. If convenient for the Court, all counsel are presently available October 27-30.

We thank the Court its consideration of this request.

Respectfully submitted,

HILL RIVKINS LLP

Brian P. R. Eisenhower

011 - Court

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359

Hon. Katharine H. Parker
September 18, 2025
Page Two

cc: **By ECF**

    Joseph Johnson, Esq. and Eva-Maria Mayer, Esq., counsel for Plaintiff

    Timothy D. Barrow, Esq., counsel for Trips Logistics Corp.

    Garry Pogil, Esq., counsel for Baltic Auto Shipping, Corp. and Marine Transport Logistics, Inc.

    Martin F. Casey, Esq. and Teresa H. Dooley, Esq., counsel for Baltic Auto Shipping, Inc.

    Patrick F. Lennon, Esq, and Elliott T. Williams, Esq., counsel for International Auto Group, Inc.

