UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MSC MEDITERRANEAN SHIPPING
COMPANY S.A,

                        Plaintiff,                              **POST-CONFERENCE ORDER**

      -against-                                            21-CV-7660 (JHR)(KHP)

BALTIC AUTO SHIPPING, INC. et al.

                        Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties in this case appeared before the undersigned for a case management conference on October 30, 2025. At the conference, the Court ordered the following:

- By **November 13, 2025**, Plaintiff shall supplement their damages disclosures and file a letter updating the Court regarding their decision to seek leave and/or consent to amend the complaint regarding one defendant and one claim.

- Trips Logistics shall promptly produce the transcripts of Mr. Aldukali's deposition referenced at the hearing to Mr. Aldukali's counsel. Trips shall have until **November 12, 2025**, to file a letter brief of no more than 6 pages requesting additional deposition time of Mr. Aldukali. Also by **November 12, 2025**, Trips shall determine whether it will serve contention interrogatories on Mr. Aldukali and file a status letter updating the court regarding its decision. If a motion is filed by November 12, the opposition will be due **November 24, 2025**. No reply.

1

- Trips shall meet and confer with Mr. Aldukali's counsel regarding any issues Trips identifies with Mr. Aldukali's prior interrogatory responses. If the issue cannot be resolved, the parties shall jointly file a letter by **November 26, 2025**, proposing a briefing schedule for a motion.

- Baltic Auto Shipping and MSC shall jointly update the Court by **November 13, 2025** regarding Baltic's production of additional documents to MSC.

- The Court hereby schedules the next status conference in this matter to take place telephonically on **December 18, 2025, at 10:00 a.m.** The parties shall dial in to the following number at the appointed time: **+1 646-453-4442, 522221017#**.

**SO ORDERED.**

Dated: October 31, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge